# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2019

Bridget M. McCormack,
Chief Justice

159175-6 & (234)(236)(243)
 (244)(245)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

IVY ALICE WIMMER, f/k/a IVY ALICE
MONTANO,
        Plaintiff-Appellee,

v

MARIO ALLAN MONTANO,
        Defendant-Appellant.

SC:  159175, 159176
COA:  340339, 340830
Oakland CC:  2012-802216-DO

_____/

     On order of the Court, the motion for immediate consideration is GRANTED.  The application for leave to appeal the December 4, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The motions to correct the record and for other relief are DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2019



b1010

Clerk